UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-04664-MWC (DSR)                                                  Date: February 13, 2026

Title        Jillian Peterson v. State Bar of California, et al.

Present: The Honorable:   Daniel S. Roberts, United States Magistrate Judge

|              L. Krivitsky              |              n/a              |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| :---: | :---: |
| None present | None present |

**Proceedings:**            **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BECAUSE PLAINTIFF HAS NOT FILED A FIRST AMENDED COMPLAINT**

Plaintiff, proceeding pro se and in forma pauperis, filed a Complaint on May 20, 2025. The District Court screened the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and dismissed the Complaint with leave to amend as to some of the claims within 45 days after entry of the Order on July 18, 2025.  See Doc. No. 25.  The Court expressly warned Plaintiff that if she did "not file a timely First Amended Complaint, then this action will be dismissed."  Id.

On August 8, 2025, the Court granted Plaintiff's first request for an extension of that deadline, granting Plaintiff until November 3, 2025, to file her First Amended Complaint.  See Doc. No. 32.  On October 15, 2025, the Court granted Plaintiff's second request for an extension, ordering that "Plaintiff shall file the First Amended Complaint on or before January 5, 2026." Doc. No. 35.

As of today, Plaintiff has neither filed a First Amended Complaint nor requested a further extension of time in which to do so.  This action cannot move forward unless and until Plaintiff files an amended Complaint.  As the Court previously advised Plaintiff, failure to file a First Amended Complaint will result in the dismissal of this case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:25-cv-04664-MWC (DSR)                                          Date: February 13, 2026

Title      Jillian Peterson v. State Bar of California, et al.


Plaintiff is hereby ORDERED to file a First Amended Complaint that cures the deficiencies described in the District Judge's July 18, 2025, Order no later than **February 27, 2026**, or show cause why the action should not be dismissed with prejudice for failure to prosecute and comply with the Court's orders.

If Plaintiff chooses to file a First Amended Complaint, it should bear the docket number assigned to this case (2:25-cv-04664-MWC-DSR), be labeled "First Amended Complaint," and be complete and of itself without reference in any manner to the Complaint or any other document (except any document that Plaintiff chooses to attach to the First Amended Complaint as an exhibit).  Plaintiff is encouraged to state her claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant.

If Plaintiff no longer wishes to pursue this action or certain claims or defendants, she may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1). A form Notice of Dismissal is attached for Plaintiff's convenience.

FAILURE TO RESPOND TO THIS ORDER BY FEBRUARY 27, 2026, EITHER BY FILING A FIRST AMENDED COMPLAINT OR A SWORN DECLARATION SHOWING CAUSE FOR WHY PLAINTIFF HAS NOT DONE SO WILL RESULT IN THE DISMISSAL OF THIS CASE WITH PREJUDICE.

IT IS SO ORDERED.


Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).


                                                                                  :
                                        **Initials of Preparer**        LK

---