# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JILLIAN PETERSON,

              Plaintiff,

    v.

STATE BAR OF CALIFORNIA, et al.,

          Defendants.

No. 2:25-cv-04664 MWC (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file and records in this case and the Report and Recommendation of the United States Magistrate Judge. No objections to that Report and Recommendation have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) this case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b); and (2) Judgment in accordance with this Order will be entered on a separate form concurrently herewith.

DATED: April 08, 2026

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE