JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JILLIAN PETERSON,

          Plaintiff,

    v.

STATE BAR OF CALIFORNIA, et al.,

        Defendants.

No. 2:25-cv-04664 MWC (DSR)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff shall take nothing from this action.

DATED: April 08, 2026

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE